UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case Nos. 09-CR-20083-1
                                                           09-CR-20266-1

ANIBAR PALACIOS-HERNANDEZ
a/k/a MANUEL GOMEZ-LOPEZ,        Honorable Patrick J. Duggan

    Defendant(s).
_____/

## ORDER DENYING DEFENDANT'S REQUEST
## FOR IMMEDIATE DEPORTATION AND/OR REMOVAL

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on June 16, 2010.

PRESENT:     THE HONORABLE PATRICK J. DUGGAN
                    U.S. DISTRICT COURT JUDGE

On August 10, 2009, Defendant was sentenced to 33 months on Case No. 09-CR-20083-1, and on Case No. 09-CR-20266-1 he was sentenced to 4 months to run consecutive to the sentence imposed on 09-CR-20083.

Presently before the Court is Defendant's request for "possible immediate deportation and/or removal pursuant to Criminal Alien Deportation Improvement Act 668 of 1995." Defendant asserts that he was sentenced to a prison term of 37 months, and he alleges that he has a total of 10 months credit time served with a projected release date of October 18, 2011.

The government has filed a response to Defendant's request objecting to his request.

The Court is not persuaded that his request should be granted.

Therefore,

**IT IS ORDERED** that Defendant's request for immediate deportation and/or removal is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:

Anibar Palacios-Hernandez
 a/k/a Manuel Gomez-Lopez, #34161-177

CI NE OHIO CORR CTR
CORRECTIONAL INSTITUTION
2240 HUBBARD RD.
YOUNGSTOWN, OH 44501

Michael R. Mueller
Assistant U.S. Attorney